**No. 10-9611. Joseph Wesley Gomez, Petitioner v. Arizona.**

563 U.S. 996, 131 S. Ct. 2460, 179 L. Ed. 2d 1224, 2011 U.S. LEXIS 3801.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 226 Ariz. 165, 244 P.3d 1163.